IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Millennium Commerce LLC, | No. CV-18-00200-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Equinox Payments LLC, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulated Motion for Dismissal With Prejudice (Doc. 38), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 38). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all pending hearings, including the July 23, 2018 Scheduling Conference, and any pending motions are deemed moot.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 18th day of July, 2018.

Honorable John J. Tuchi
United States District Judge